THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID (Cal. Bar No. 223912)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6086 [Khorshid]
    Facsimile:   (213) 894-7819 [Main]
    Email: Anoiel.Khorshid@usdoj.gov

JS - 6

Attorneys for Defendant
the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADAM YAGLE, an individual; and QUIANA GODINEZ, an individual,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. CV 08-5594 R (PJWx)<br><br>**JUDGMENT**<br><br><br><br>Honorable Manuel L. Real |

The Motion for Summary Judgment of Defendant the United States of America came on regularly for hearing on August 24, 2009, before the Honorable Manuel L. Real, United States District Judge, in Courtroom 8 of the Federal Courthouse, 312 N. Spring Street, Los Angeles, California 90012.  The Court having considered the pleadings, memorandum of points and authorities, evidence, and the oral argument at the hearing, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein:

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant

2  the United States of America's Motion for Summary Judgment is granted and

3  judgment is hereby entered in favor of the Defendant.

4

5

6  DATED:   August 25, 2009   _____

7                              Honorable Manuel L. Real
                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12
   Presented by:
13

14  THOMAS P. O'BRIEN
    United States  Attorney
15  LEON W. WEIDMAN
    Assistant United States Attorney
16  Chief, Civil Division

17         //s//        _____

18  ANOIEL KHORSHID
    Assistant United States Attorney
19
    Attorneys for Defendant
20  the United States of America

21

22

23

24

25

26

27

28

                              -2-